**Order entered November 19, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01328-CV

## IN THE INTEREST OF J.S., JR., ET AL., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-13-00877-W**

## ORDER

Before the Court is Dallas County District Clerk Felicia Pitre's November 15, 2018 request for extension of time to file the record. We **GRANT** the request and **ORDER** the clerk's record be filed no later than November 26, 2018.

/s/    ADA BROWN
         JUSTICE